**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| STEPHAN K.B., | ) | NO. CV 19-6314-JFW(E) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS, |
| ANDREW SAUL, Commissioner of Social Security, | ) | CONCLUSIONS AND RECOMMENDATIONS |
| Defendant. | ) | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) Plaintiff's motion for summary judgment is denied; (3) Defendant's motion for summary judgment is granted; and (4) Judgment shall be entered in favor of

Defendant.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment of this date on Plaintiff, counsel for Plaintiff and counsel for Defendant.

DATED: June 19, 2020.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE