**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| STEPHAN K.B., | ) | NO. CV 19-6314-JFW(E) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| ANDREW SAUL, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that Defendant's Motion for Summary Judgment is granted and Judgment is entered in favor of Defendant.

DATED: June 19, 2020.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE